1

2

3

4

5                    UNITED STATES DISTRICT COURT
                   WESTERN DISTRICT OF WASHINGTON
6                            AT SEATTLE

7    T.R., et al.,

8                        Plaintiffs,

9            v.

10   KEVIN QUIGLEY,[1] Secretary,              C09-1677 TSZ
     Washington State Department of
11   Social and Health Services; and          ORDER
     DOROTHY TEETER,[2] Director,
12   Washington State Health Care
     Authority,
13
                         Defendants.
14

15          Plaintiffs' unopposed motion for preliminary approval of class action settlement,

16   docket no. 119, is GRANTED, and the Court hereby ORDERS as follows:

17   1.     The parties' proposed Settlement Agreement, attached as Exhibit 1 to plaintiffs'

18          motion, docket no. 119-1, is preliminarily APPROVED.

19   ─────────────────────

20   [1] Pursuant to Federal Rule of Civil Procedure 25(d), Kevin Quigley is hereby SUBSTITUTED
     for Susan N. Dreyfus, former Secretary, Washington State Department of Social and Health
21   Services, as a defendant.

22   [2] Pursuant to Federal Rule of Civil Procedure 25(d), Dorothy Teeter is hereby SUBSTITUTED
     for J. Douglas Porter, former Director, Washington State Health Care Authority, as a defendant.

23

ORDER - 1

2.     A final approval hearing will be held on **Thursday, December 19, 2013, at 10:00 a.m.**, on the 15th floor of the United States Courthouse, located at 700 Stewart Street, in Seattle, Washington.  At that time, the Court will hear class members' objections, if any, to the proposed Settlement Agreement and/or to plaintiffs' motion for an award of attorneys' fees and costs.  The Court will also hear counsel's arguments as to why the Settlement Agreement is fair, reasonable, and adequate and the requested attorneys' fees and costs are reasonable.

3.     Plaintiffs shall file their motion for an award of attorneys' fees and costs no later than October 10, 2013, and shall note their motion for December 13, 2013.  Such motion is excused from the limitations set forth in LCR 7(e), but shall not exceed twenty-four (24) pages in length.  Any response to the motion shall be filed with the Court or served on plaintiffs' counsel no later than December 5, 2013, and shall not exceed twenty-four (24) pages in length.  Any reply shall be filed on or before December 13, 2013, and shall not exceed twelve (12) pages in length.

4.     The proposed Notice to class members, substantially in the form attached as Exhibit 2 to plaintiffs' motion, docket no. 119-2, is APPROVED.  The Notice provides sufficient details regarding the Settlement Agreement to allow class members to evaluate its terms and to decide whether to come forward and object.  The Notice also informs class members about the anticipated motion for attorneys' fees and costs and the total amount that will be requested, and it provides class members a method for obtaining more details.

5.    The Notice Plan, substantially in the form attached as Exhibit 3 to plaintiffs' motion, docket no. 119-3, is also APPROVED.  The Notice Plan is reasonably calculated to provide adequate notice to class members of the proposed Settlement Agreement and satisfies the due process requirements of the United States Constitution and Federal Rule of Civil Procedure 23(e).  The parties shall carry out the Notice Plan by completing the following activities no later than November 1, 2013:

a.    Defendants shall translate the Notice into the following languages: Spanish, Vietnamese, Cambodian, Laotian, Chinese, Russian, Korean and Somali;

b.    Defendants shall publish an announcement of the settlement, the final approval hearing, and class counsel contact information for additional information in four to five newspapers of general circulation covering the various geographic regions of Washington;

c.    Defendants shall have the Notice physically posted at mental health providers contracted to provide Medicaid services across the state, and a copy of the proposed Settlement Agreement shall be available for review at those locations;

d.    Plaintiffs shall maintain a dedicated email address for questions relating to the proposed Settlement Agreement and a toll-free number available to people with questions; both the email address and toll-free number shall be featured prominently in the written Notice, a short video that Plaintiffs have produced or will produce, and the website dedicated to the class action; Disability Rights Washington ("DRW") shall review the content of the proposed Settlement Agreement with any class members and their families and answer any questions they may have when they contact DRW by phone, email, mail, or in person when it is in the community performing its duties as the protection and advocacy system for Washington;

e.    The parties shall post the written Notice, proposed Settlement Agreement, and the short video, on the websites of class counsel and defendants' agencies;

f.    The parties shall distribute the written Notice, proposed Settlement Agreement, and short video to multiple individuals and organizations

ORDER - 3

serving youth who exhibit risk factors that may indicate membership in the class, including but not limited to:

   i.   Regional Support Networks ("RSNs") operating the managed care systems for Medicaid covered mental health services in Washington;

   ii.   Providers contracted with RSNs to deliver Medicaid funded mental health services;

   iii.   Children's Long-term In-patient Program administration and contracting facilities;

   iv.   Civil legal service providers serving low income youth;

   v.   Public defenders representing youth in the juvenile justice, dependency, and civil commitment systems;

   vi.   Mental health ombuds programs;

   vii.   Native American Services Coordinators;

   viii.   Washington Chapter of the National Association of Social Workers;

   ix.   Mental health consumer advocacy organizations;

   x.   Chemical Dependency Treatment Inpatient Providers;

   xi.   County Coordinators for Substance Abuse Services;

   xii.   County Substance Abuse Prevention Specialists;

   xiii.   Treatment providers for fetal alcohol spectrum disorders;

   xiv.   Housing support providers;

   xv.   Statewide associations for substance abuse and mental health;

   xvi.   State agency partners;

   xvii.   Family, Youth and System Partners listserv maintained by the Washington State Department of Social and Health Services ("DSHS");

   xviii.   Children's Mental Health Redesign listserv maintained by DSHS;

   xix.   Provider and stakeholder listservs maintained by the Washington State Health Care Authority; and

   xx.   Consumer and advocate listservs maintained by class counsel's respective organizations; and

g.   The parties shall provide two in-person trainings about the proposed Settlement Agreement where class counsel, assisted by a representative

ORDER - 4

from the State of Washington, will answer any questions posed by attendees; one presentation shall be in Seattle and the other shall be in Spokane; these trainings shall be simulcast via video conference that can be viewed at DSHS offices in various locations around the state; additionally, one of the trainings shall be recorded; the video and accompanying materials shall be made available online to provide people the opportunity to access the information at a time and place that works best for them; Spanish and American Sign Language interpreters shall be made available at each of the training sessions and interpreters for other languages shall be available upon request.

6. Class members wishing to object to the proposed Settlement Agreement and/or to plaintiffs' motion for attorneys' fees and costs must either file written objections with the United States District Court or serve the objections on counsel for the parties **no later than Thursday, December 5, 2013**.  Objections filed with the Court shall include the case number "C09-1677 TSZ" in a prominent location on the first page, and shall be addressed to the Office of the Clerk of the Court, United States District Court for the Western District of Washington, United States Courthouse, 700 Stewart Street, Seattle, WA  98101.

7. The parties shall file a joint motion for final approval of the Settlement Agreement along with any additional supporting documentation no later than Friday, December 13, 2013, and shall note the joint motion for the same day it is filed. The joint motion shall address any written objections from class members that were filed with this Court or served on counsel.

8. The Clerk is directed to send a copy of this Order to all counsel of record.

IT IS SO ORDERED.

ORDER - 5

Dated this 27th day of September, 2013.

THOMAS S. ZILLY
United States District Judge

ORDER - 6