**THE HON. THOMAS S. ZILLY**

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| T.R., by and through his guardian and next friend, R.R.; S.P., by and through her mother and next friend, D.H.; C.A., by and through her mother and next friend, A.A.; T.F., by and through her father and mother and next friend, D.F.; P.S., by and through his mother and next friend, W.S.; T.V., by and through his guardian and next friend. C.D.; E.H. by and through his mother and next friend, C.H.; E.D., by and through his mother and next friend, A.D.; and L.F.S., by and through his mother and next friend, B.S., | No. C09-1677-TSZ |
| Plaintiffs, | **ORDER REGARDING PAYMENT OF ATTORNEYS' FEES AND COSTS FOR JULY 2018 THROUGH JUNE 2019** |
| v. | |
| CHERYL STRANGE, not individually, but solely in her official capacity as Secretary of the Washington State Department of Social and Health Services; and SUE BIRCH, not individually, but solely in her official capacity as the Director of the Washington State Health Care Authority, | |
| Defendants. | |

Pursuant to 42 U.S.C. §§ 1988 and 12205, the parties' Stipulation Regarding Payment of

Attorneys' Fees and Costs from July 2018 through June 2019, docket no. 180, Defendants shall

Disability Rights Washington
315 5th Avenue South, Suite 850
Seattle, Washington  98104
(206) 324-1521 · Fax: (206) 957-0729

pay $310,000.00 to Plaintiffs' counsel.  Defendants have 15 days from the entry of this Order to make the payment.

**IT IS SO ORDERED.**

Dated this 11th day of September, 2019.

*Thomas S. Zilly*

Thomas S. Zilly
United States District Judge

Presented by:

*/s/Susan Kas*
Susan Kas, WSBA #36592
David Carlson, WSBA #35767
susank@dr-wa.org
davidc@dr-wa.org
**DISABILITY RIGHTS WASHINGTON**
315 5th Avenue South, Suite 850
Seattle, WA  98104
Telephone: (206) 324-1521
Facsimile: (206) 957-0729

*/s/Leecia Welch*
Leecia Welch, WSBA #26590
lwelch@youthlaw.org
**NATIONAL CENTER FOR YOUTH LAW**
405 14th Street, 15th Floor
Oakland, CA  94612
Telephone: (510) 835-8098
Facsimile: (510) 835-8099

*/s/Patrick Gardner*
Patrick Gardner, CB #208119
pgardner@adolescentmentalhealth.org
**GARDNER LAW, ADOLESCENT MENTAL HEALTH**
115 Haight Street
Menlo Park, CA 94025
Telephone: (650) 993-9394

*/s/Kimberly Lewis*
Kimberly Lewis, CB #144879
lewis@healthlaw.org
**NATIONAL HEALTH LAW PROGRAM**
3701 Wilshire Blvd., Suite 750
Los Angeles, CA 90010
Telephone:  (310) 204-6010
Facsimile: (213) 368-0774

**ATTORNEYS FOR PLAINTIFFS**

ORDER RE PAYMENT OF ATTORNEYS' FEES - 2
C09-1677 TSZ

Disability Rights Washington
315 5th Avenue South, Suite 850
Seattle, Washington  98104
(206) 324-1521 · Fax: (206) 957-0729