1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

**THE HON. THOMAS S. ZILLY**

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON

T.R., by and through his guardian and next friend, R.R.; S.P., by and through her mother and next friend, D.H.; C.A., by and through her mother and next friend, A.A.; T.F., by and through her father and next friend, D.F.; P.S., by and through his mother and next friend, W.S.; T.V., by and through his guardian and next friend. C.D.; E.H. by and through his mother and next friend, C.H.; E.D., by and through his mother and next friend, A.D.; and L.F.S., by and through his mother and next friend, B.S.,

Plaintiffs,

v.

CHERYL STRANGE, not individually, but solely in her official capacity as Secretary of the Washington State Department of Social and Health Services; and SUE BIRCH, not individually, but solely in her official capacity as the Director of the Washington State Health Care Authority,

Defendants.

No. C09-1677-TSZ

**ORDER REGARDING PAYMENT OF ATTORNEYS' FEES AND COSTS FOR JULY 1, 2019, THROUGH JUNE 30, 2020**

Pursuant to 42 U.S.C. §§ 1988 and 12205, and the parties' Stipulation Regarding Payment of Attorneys' Fees and Costs from July 1, 2019, through June 30, 2020, docket no. 184, Defendants shall pay $210,000.00 to Plaintiffs' counsel.  Defendants have 15 days from the entry of this Order to make the payment.

ORDER RE PAYMENT OF ATTORNEYS' FEES - 1
C09-1677 TSZ

Disability Rights Washington
315 5th Avenue South, Suite 850
Seattle, Washington   98104
(206) 324-1521 ・ Fax: (206) 957-0729

1    **IT IS SO ORDERED.**

2        Dated this 14th day of September, 2020.

3

4

5                                              Thomas S. Zilly
                                               United States District Judge

6

7    Presented by:

8    */s/Susan Kas*                           */s/Leecia Welch*
     Susan Kas, WSBA #36592                   Leecia Welch, WSBA #26590
9    David Carlson, WSBA #35767               lwelch@youthlaw.org
     susank@dr-wa.org                         **NATIONAL CENTER FOR YOUTH**
10   davidc@dr-wa.org                         **LAW**
     **DISABILITY RIGHTS WASHINGTON**         1212 Broadway, Suite 600
11   315 5th Avenue South, Suite 850          Oakland, CA  94612
     Seattle, WA  98104                       Telephone: (510) 835-8098
12   Telephone: (206) 324-1521                Facsimile: (510) 835-8099
     Facsimile: (206) 957-0729

13

14   */s/Patrick Gardner*                     */s/Kimberly Lewis*
     Patrick Gardner, CB #208119              Kimberly Lewis, CB #144879
15   pgardner@adolescentmentalhealth.org      lewis@healthlaw.org
     **GARDNER LAW, ADOLESCENT**              **NATIONAL HEALTH LAW PROGRAM**
16   **MENTAL HEALTH**                        3701 Wilshire Blvd., Suite 750
     115 Haight Street                        Los Angeles, CA 90010
17   Menlo Park, CA 94025                      Telephone:  (310) 204-6010
     Telephone: (650) 993-9394                Facsimile: (213) 368-0774

18

19   **ATTORNEYS FOR PLAINTIFFS**

20

21

22

23

ORDER RE PAYMENT OF ATTORNEYS' FEES - 2                    Disability Rights Washington
C09-1677 TSZ                                        315 5th Avenue South, Suite 850
                                                        Seattle, Washington   98104
                                                  (206) 324-1521 ・ Fax: (206) 957-0729