THE HON. THOMAS S. ZILLY

# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| T.R., by and through his guardian and next friend, R.R.; S.P., by and through her mother and next friend, D.H.; C.A., by and through her mother and next friend, A.A.; T.F., by and through her father and next friend, D.F.; P.S., by and through his mother and next friend, W.S.; T.V., by and through his guardian and next friend. C.D.; E.H. by and through his mother and next friend, C.H.; E.D., by and through his mother and next friend, A.D.; and L.F.S., by and through his mother and next friend, B.S., <br><br>Plaintiffs, <br><br>vs. <br><br>CHERYL STRANGE, not individually, but solely in her official capacity as Secretary of the Washington State Department of Social and Health Services; and SUE BIRCH, not individually, but solely in her official capacity as the Director of the Washington State Health Care Authority, <br><br>Defendants. | No. C09-1677-TSZ <br><br>**ORDER REGARDING PAYMENT OF ATTORNEYS' FEES FROM JULY 1, 2020, THROUGH AUGUST 2, 2021** |

Pursuant to 42 U.S.C. §§ 1988 and 12205, and the parties' Stipulation Regarding Payment of Attorneys' Fees from July 2020 through August 2021, docket no. 188, Defendants shall pay $ 65,841.85 to Plaintiffs' counsel Gardner Law.  Defendants have 90 days from the entry of this Order to make the payment.

ORDER RE PAYMENT OF ATTORNEYS' FEES            1
C09-1677 TSZ

Gardner Law
115 Haight Street
Menlo Park, CA 94025
(650) 815-4180

**IT IS SO ORDERED.**

Dated this 26th day of August, 2021.

*Thomas S. Zilly* (signature)

Thomas S. Zilly
United States District Judge

Presented By:

*/s/Patrick Gardner*

Patrick Gardner, CB No. 208199

pgardner@adolescentmentalhealth.org

**GARDNER LAW, ADOLESCENT MENTAL HEALTH**
115 Haight Street
Menlo Park, CA 94025
Telephone: (650) 815-4180

**ATTORNEY FOR PLAINTIFFS**

ORDER RE PAYMENT OF ATTORNEYS' FEES     2
C09-1677 TSZ

Gardner Law
115 Haight Street
Menlo Park, CA 94025
(650) 815-4180