THE HON. THOMAS S. ZILLY

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| T.R., by and through his guardian and next friend, R.R.; S.P., by and through her mother and next friend, D.H.; C.A., by and through her mother and next friend, A.A.; T.F., by and through her father and next friend, D.F.; P.S., by and through his mother and next friend, W.S.; T.V., by and through his guardian and next friend, C.D.; E.H., by and through his mother and next friend, C.H.; E.D., by and through his mother and next friend, A.D.; and L.F.S., by and through his mother and next friend, B.S.,<br><br>                Plaintiffs,<br><br>v.<br><br>SUSAN N. DREYFUS, not individually, but solely in her official capacity as Secretary of the Washington State Department of Social and Health Services; and J. DOUGLAS PORTER, not individually, but solely in his official capacity as the Director of the Washington State Health Care Authority,<br><br>                Defendants. | No. C09-1677-TSZ<br><br>JOINT STIPULATION AND ORDER TO DISMISS |

## I.     STIPULATION

The undersigned parties hereby stipulate that under the terms of settlement agreement and order previously entered by the Court in this case, the settlement agreement has been satisfied and this case should be dismissed. In 2013, the parties entered into a settlement agreement,

JOINT STIPULATION AND ORDER TO
DISMISS - 1
C09-1677 TSZ

Disability Rights Washington
315 5th Avenue South, Suite 850
Seattle, Washington   98104
(206) 324-1521 ・ Fax: (206) 957-0729

which was approved by the Court pursuant to Fed. R. Civ. Proc. 23. ECF 119_1 and ECF 137. The parties subsequently entered into stipulations regarding Defendant's satisfaction of the exit criteria for dismissal. ECF 171_1, ECF 179. On July 1, 2020, the parties entered into a stipulation that Defendants had satisfied all but six of the exit criteria. ECF 183, Exhibit A.

The parties have met throughout the settlement time period to discuss the status of the Wraparound Intensive Services (WISe) program and have provided annual reports to the Court. S*ee* ECF 149, ECF 159, ECF 166, ECF 170, ECF 177, ECF 182, and ECF 186. Over the last year, Defendants updated the WISe Manual to include edits to the WISe Access Protocol to better reflect the process for checking eligibility for members of a Managed Care Entity (MCE) and non-MCE beneficiaries (i.e. American Indian/Alaska Native beneficiaries getting Fee-For-Service (FFS) WISe).  *See* 2020 WISe Manual, Section 3, page 21 "WISe Access Protocol/Access Model for Wraparound with Intensive Services (WISe)" available at https://www.hca.wa.gov/assets/billers-and-providers/wise-wraparound-intensive-services-manual.pdf. Screening data through December 2020 demonstrates that youth with involvement with various system partners continued to be referred to WISe through various sources, despite challenges presented by the global COVID-19 pandemic. WISe Screening Report 2021 Q2, available at https://www.hca.wa.gov/assets/program/wise-screening-report-cy2021q2-statewide.pdf.  In addition, 5,954 children and youth received WISe services in FY 2020, which is just below the stipulated threshold of 82.5% of the estimated annual number of class members to be served annually. WISe Dashboard 2021 Q1, p. 2 available online at https://www.hca.wa.gov/assets/program/wise-dashboard-q1-2021.pdf; *see also* ECF 171_1 at ¶ 1(a).  From June 2020 through May 2021, the number of youth served per month has consistently exceeded the stipulated monthly caseload standard for substantial

JOINT STIPULATION AND ORDER TO
DISMISS - 2
C09-1677 TSZ

Disability Rights Washington
315 5th Avenue South, Suite 850
Seattle, Washington   98104
(206) 324-1521 ᛫ Fax: (206) 957-0729

1  compliance (2,685), and data from July 2018 through November 2020 suggests that, based on the

2  ratio between monthly and annual caseloads, the statewide average length of stay likely exceeds

3  the nine months the parties assumed in calculating monthly target caseloads. WISe Dashboard

4  2021 Q2, p. 13, available online at https://www.hca.wa.gov/assets/program/wise-dashboard-

5  cy2021q2.pdf; June 2021 WISe Length of Stay, set forth in Exhibit A. ; *see also* Dkt. 186 at p. 8

6  (describing adjusted monthly caseload target).  Service intensity data from February 2021

7  demonstrates that the three month moving average of number of WISe service hours met or

8  exceeded the stipulated 10.5 hour statewide benchmark and 9 hour regional benchmark. The

9  most recent WISe Service Intensity report is available at

10 https://www.hca.wa.gov/assets/program/WISe-service-intensity-202106.pdf; *see*

11 ECF 171_1 at ¶ 1(b). Furthermore, consistent with the state's efforts to improve the WISe

12 program, the state agrees to pursue program improvements in the areas of mobile crisis, WISe

13 Interest lists (for those class members requesting WISe), and the screening of transition age

14 youth as set forth in Exhibit B.

15       The parties agree that as of June 30, 2021, the state has substantially complied with the

16 settlement agreement and stipulations. Defendants agree to pay Plaintiffs' reasonable attorneys'

17 fees from July 1, 2020, through the date of this stipulation subject to Court approval.

18 Accordingly, the parties hereby stipulate by their signatures below that the conditions for

19 dismissal contained in each Court Order and Settlement Agreement have been met, and the case

20 should be dismissed with prejudice.

21 //
   //
22 //
   //
23 //

JOINT STIPULATION AND ORDER TO DISMISS - 3
C09-1677 TSZ

Disability Rights Washington
315 5th Avenue South, Suite 850
Seattle, Washington 98104
(206) 324-1521 ・ Fax: (206) 957-0729

RESPECTFULLY SUBMITTED this 2nd day of September, 2021.

| For Plaintiffs: | For Defendants: |
|---|---|
| **DISABILITY RIGHTS WASHINGTON** | **OFFICE OF THE ATTORNEY GENERAL** |
| */s/Susan Kas* | */s/ Eric Nelson* |
| Susan Kas, WSBA No. 36592 | Angela Coats McCarthy, WSBA No. 35547 |
| David Carlson, WSBA No. 35767 | Eric Nelson, WSBA No. 27183 |
| susank@dr-wa.org | Angela.CoatsMcCarthy@atg.wa.gov |
| davidc@dr-wa.org | Eric.Nelson@atg.wa.gov |
| 315 5th Avenue South, Suite 850 | Assistant Attorneys General |
| Seattle, WA 98104 | PO Box 40124 |
| Telephone: (206) 324-1521 | Olympia, WA 98504-0124 |
| Facsimile: (206) 957-0729 | T: (360) 586-6565 |
| **NATIONAL CENTER FOR YOUTH LAW** | |
| */s/Leecia Welch* | |
| Leecia Welch, WSBA No. 26590 | |
| lwelch@youthlaw.org | |
| 1212 Broadway, Suite 600 | |
| Oakland, CA 94612 | |
| Telephone: (510) 835-8098 | |
| Facsimile: (510) 835-8099 | |
| **NATIONAL HEALTH LAW PROGRAM** | |
| */s/ Kimberly Lewis* | |
| Kimberly Lewis, CB No. 144879 | |
| lewis@healthlaw.org | |
| 3701 Wilshire Blvd, Suite 750 | |
| Los Angeles, CA 90010 | |
| Telephone: (310) 736-1653 | |

JOINT STIPULATION AND ORDER TO DISMISS - 4
C09-1677 TSZ

Disability Rights Washington
315 5th Avenue South, Suite 850
Seattle, Washington  98104
(206) 324-1521 ・ Fax: (206) 957-0729

## II. ORDER

Based on the foregoing stipulation of the parties, IT IS HEREBY ORDERED THAT: The Court Orders and Settlement Agreement are terminated pursuant to their terms, and the claims in this case are dismissed with prejudice.

ENTERED this _____ day of September, 2021.

_____
UNITED STATES MAGISTRATE JUDGE/
UNITED STATES DISTRICT JUDGE

JOINT STIPULATION AND ORDER TO
DISMISS - 5
C09-1677 TSZ

Disability Rights Washington
315 5th Avenue South, Suite 850
Seattle, Washington  98104
(206) 324-1521 ・ Fax: (206) 957-0729

**CERTIFICATE OF SERVICE**

I hereby certify that on this 2nd day of September 2021, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

- Angela Coats McCarthy (Angela.CoatsMcCarthy@atg.wa.gov)
- Eric Nelson (Eric.Nelson@atg.wa.gov).

Dated this 2nd day of September 2021.

*/s/Mona Rennie*
Legal Assistant, Disability Rights Washington

JOINT STIPULATION AND ORDER TO DISMISS - 6
C09-1677 TSZ

Disability Rights Washington
315 5th Avenue South, Suite 850
Seattle, Washington  98104
(206) 324-1521 ・ Fax: (206) 957-0729