UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| T.R., et al.,<br><br>　　　　　　　Plaintiffs,<br><br>　v.<br><br>CHERYL STRANGE, in her official capacity as Secretary of the Washington State Department of Social and Health Services; and SUE BIRCH, in her official capacity as the Director of the Washington State Health Care Authority,[1]<br><br>　　　　　　　Defendants. | C09-1677 TSZ<br><br>ORDER |

The Court ORDERS as follows:

(1)　Pursuant to 42 U.S.C. §§ 1988 and 12205, and the parties' Stipulation Regarding Payment of Attorneys' Fees from July 2020 through August 2021, docket

---

[1] When this lawsuit began in November 2009, Susan N. Dreyfus was the Secretary of the Washington State Department of Social and Health Services ("DSHS"), see Compl. at ¶ 29 (docket no. 1), and when an amended pleading was filed in October 2011, J. Douglas Porter was the Director of the Washington State Health Care Authority ("HCA"), see Am. Compl. at ¶ 29 (docket no. 83). In September 2013, then DSHS Secretary Kevin Quigley was substituted for Ms. Dreyfus and then HCA Director Dorothy Teeter was substituted for Mr. Porter. See Order at 1 nn.1 & 2 (docket no. 125). Current DSHS Secretary Cheryl Strange is now substituted for Mr. Quigley, and current HCA Director Sue Birch is now substituted for Ms. Teeter. See Fed. R. Civ. P. 25(d).

ORDER - 1

no. 192, defendants shall pay $114,123.98 in attorneys' fees to plaintiffs' counsel within fifteen (15) days of the date of entry of this Order; and

  (2) Pursuant to the parties' stipulation, docket no. 193, indicating that the terms and conditions of the Settlement Agreement, Ex. 1 to Pls.' Mot. (docket no. 119-1), as amended, <u>see</u> Order (docket nos. 143 & 147); Stipulations (docket nos. 171, 179, & 183), have been satisfied, and that no issue remains for the Court's determination, now, therefore, this case is hereby DISMISSED with prejudice and without further costs to any party.

  IT IS SO ORDERED.

  The Clerk is directed to send a copy of this Order to all counsel of record.

  Dated this 7th day of September, 2021.

            /s/ Thomas S. Zilly
            Thomas S. Zilly
            United States District Judge

ORDER - 2